# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-4034

_____

Dennis Allen Maggese

*Plaintiff - Appellant*

v.

John Stoia; Principal Life Insurance Company

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines
_____

Submitted: July 31, 2013
Filed: August 8, 2013
[Unpublished]
_____

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.
_____

PER CURIAM.

Dennis Maggese appeals the district court's[1] adverse grants of summary judgment, as well as the denials of his motions for counsel and for reconsideration.

_____

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

After de novo review, see Payne v. Grinnell Mut. Reinsurance Co., 716 F.3d 487, 490 (8th Cir. 2013), we conclude that summary judgment was proper for the reasons stated by the district court.  We also conclude that there was no abuse of discretion in denying Maggese's motions for counsel, see Plummer v. Grimes, 87 F.3d 1032, 1033 (8th Cir. 1996) (standard of review), or in denying his motion for reconsideration, see Christensen v. Qwest Pension Plan, 462 F.3d 913, 920 (8th Cir. 2006) (standard of review for Fed. R. Civ. P. 59(e) motion); Arnold v. Wood, 238 F.3d 992, 998 (8th Cir. 2001) (standard of review for Fed. R. Civ. P. 60(b) motion).

The judgment is affirmed.  See 8th Cir. R. 47B.

_____